THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY

CASE NO: 1:23-CR-00227


THE UNITED STATES OF AMERICA,                    :
                                                 :
                              Plaintiff,         :
                                                 :
                                                 :
                    - against -                  :
                                                 :
NIKHIL S. MAHTANI,                               :
                                                 :
                                                 :
                              Defendant.         :
----------------------------------------------------------------

**SENTENCING MEMORANDUM ON BEHALF OF NIKHIL S. MAHTANI**

  Spodek Law Group P.C., representing the Defendant Nikhil S. Mahtani (hereinafter "Defendant," "Nikhil," or "Mr. Mahtani"), submits this sentencing memorandum to set forth its position as to the appropriate sentence to be imposed on Nikhil. Mr. Mahtani's sentencing is scheduled for <u>June 12, 2024</u> at 2:30 p.m.

  As further detailed below, a sentence within the advisory Guidelines range of 12 to 18 months' imprisonment is greater than necessary under the circumstances and we are requesting Your Honor grant a downward variance and a sentence of probation with a condition being continued treatment for his alcohol, substance, and gambling addictions; or, as permitted by USSG §5C1.1, Application Note Four, Subsection (d), for defendants placed in Zone C, a sentence of 6 months imprisonment with 6 months' term of supervised release with a condition requiring community confinement to satisfy the remainder of the 12-month minimum sentence.

## I.  SENTENCING

  The Guidelines apply to Count One of Mr. Mahtani's case: Wire Fraud (18 U.S.C §§ 1343); Under the terms of a plea agreement reached by Mr. Mahtani and the Government the stipulated guidelines sentence is 12-18 months. It is respectfully submitted that in Mr. Mahtani's particular case, both the sentence duration as advised by the Guidelines and the sentence duration are "...greater than necessary in light of the nature and circumstances of the offense, and characteristics of the defendant".

  The defense believes that, pursuant to 18 U.S.C. § 3553(a), a sentence of one year or

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani   Page **1** of 31

Case 1:23-cr-00227-WCG  Filed 06/05/24  Page 1 of 31  Document 12

more is greater than necessary by reason of the following:

1. Mr. Mahtani has no prior criminal record, and he had led a law abiding life, apart from the events leading up to this case;
2. Mr. Mahtani has a strong employment history;
3. Mr. Mahtani is a devoted son, brother, and grandson; his close-knit family and sound reentry plan, together with his many personal redeeming qualities, make clear the Mr. Mahtani is capable of returning to being a productive and contributing member of society and his community;
4. In total, Mr. Mahtani's criminal activity was limited throughout his life and is not representative of how he conducts himself, and
5. Mr. Mahtani took immediate responsibility for his actions by pleading guilty, has expressed very strong remorse, has committed to fully forfeiting all of the proceeds of his crime, and has been actively putting aside funds for restitution.

## II.     PERSONAL HISTORY OF THE DEFENDANT

Every human is the central character in their own life story. Given the high volume of cases that come though this courthouse, it is sometimes difficult to distinguish the person from their case number. Though Nikhil Mahtani violated a law that is very common in this courthouse, his story is far from a common one.

Nikhil Mahtani was born on September 2, 1995, to Sunil Mahtani, who owned a plastic distribution business, and Karina Mahtani, who was, at that time, a housewife, but has since gone on to become an accomplished journalist.[1] Nikhil grew up in Manhattan, New York, with his younger sister Sherina Mahtani, in a Hindu household and a close-knit Indian community.[2] He enjoyed a very special relationship with his father. According to his mother, Karina Mahatani, Sunil was Nikhil's idol and best friend. Chaim Achidov, a close friend of Nikhil's father, states: "Sam was never prouder than when Nikhil was born. He had great aspirations for him. He was a joy for the entire family."[3] When Nikhil was only 5 years old, it was discovered that his father had esophageal cancer. Recalling the significance that this moment went on to have in Nikhil's life, Russ Mitchell, the latter's stepfather, states:

> I remember his mother telling me about the time Nikhil was walking across the street with his father, who had almost collapsed from his illness. Nikhil, who couldn't have been more than 5, was the one who helped his father get to the sidewalk. I can't imagine what that was like for him.[4]

Up until this point in Nikhil's life, he had experienced an ordinary, joyful childhood. He played a variety of sports, took chess lessons, played video games with his dad, and he was well

---

[1] *See* PSR ¶ 12.
[2] *Id.* at ¶ 12.
[3] Exhibit A-1 – Letter from Chaim Achidov.
[4] Exhibit A-2 – Letter from Russ Mitchell.

on his way to becoming an avid reader.[5] Childhood best friend Phillip Isom remembers that Nikhil "was always a charismatic and funny individual who was fiercely loyal to his friends and incredibly intelligent."[6]

In a quick and tragic turn of events, Sunil Mahtani's diagnosis proved fatal.[7] Nikhil lost his father in 2003.[8] The collective voice of Nikhil's family and friends helps shed a light on how truly devastating this moment was for Nikhil, who was only 7 years old at the time. His mother, Karina Mahtani, states:

> The road that has led Nikhil here, has been strewn with tragedy and obstacles many don't see in a lifetime. That is because his life is inextricably linked to mine. As a young child he was forced into a life full of unwanted chaos and abandonment.[9]
>
> Life has been a nightmare ever since Nikhil's father died from cancer when Nikhil was just 7. Our life went from one of comfort to rags overnight. And Nikhil and his younger sister, who was 5 at the time, went from having a full life with lots of activities and friends to having no one. They went from having two loving parents to a young single mom who had to work 20 hours a day - sometimes more - 7 days a week just to ensure their survival. I had not graduated college yet because I was studying part time while raising my family and was never home.. and I bitterly blame myself.. for not being able to be with Nikhil more at the most formative time of his life.[10]
>
> His father's death was a defining moment in his life.. but he hid his pain. He was a sweet child in school, obedient, well liked. But life changed. No more after school activities, playdates, camps, trips to McDonalds, or the lovely family holiday his daddy took us on.[11]

Sherina Mahtani, who is Nikhil's younger sister, states:

> Our dad's sudden passing when were 5 and 7, respectively, was the most detrimental moment in our lives, and unbeknownst to us at the time, to our futures. As the youngest and only daughter in the family at the time, I was protected from the harsh reality that stood in front of us. Nikhil on the other hand, was immediately exposed

---

[5] *See* PSR ¶ 12.
[6] Exhibit A-3 – Letter from Phillip Isom.
[7] *See* PSR ¶ 12.
[8] *Id.* at ¶ 12.
[9] Exhibit A-4 – Letter from Karina Mahtani.
[10] *Id.*
[11] *Id.*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976.

United States v. Nikhil Mahtani

Page **3** of 31

Case 1:23-cr-00227-WCG     Filed 06/05/24     Page 3 of 31     Document 12

to what it means to be the only man in a family with a very young, widow mom, and a baby sister. From that day onwards, Nikhil has always stepped up to the plate and made it his priority to protect our mom, me, and our youngest sister, Anjali.[12]

Anjali Mitchell, who is Nikhil's youngest sister, states:

My older sister, who is just two years younger than Nikhil, has seen him grow up and withstand the extreme difficulties life brought him at a young age and the pain this caused us all.[13]

His father, who passed away when he was very young was a man Nikhil admired very much, as most kids do with their fathers.[14]

Nikhil's grandfather, Gul Gaganmal Morrjani, who is 98 years old, states:

When his father died when he was 7 there was such a drastic change in my daugther's finances - the family was ruined. Nikhil's father died, so his mother, my daugther had to finish her college and start working multiple jobs to care for her son and 4 year old daughter and their education at their respective schools.[15]

Friend of Nikhil's late father, Chaim Achidov, states:

Dreams were cut short when his father died when he was just 7. Life completely changed for him, his younger sister and his devoted mother. They underwent such tragedy and turbulence.[16]

Sunil's death in 2003 put his wife and their children in a precarious position. Nikhil's paternal grandparents abandoned them in their hour of need, both financially and emotionally.[17] When the question came up in conversation after Sunil's funeral, Karina was told that neither she nor her children were welcome to come live with them.[18] They also suggested that Karina and their grandchildren leave the United States and move to India.[19] Now a widow and with no support from her in-laws, Nikhil's mother had no choice but to sell their home to make ends meet.[20] Reflecting on the turmoil that rapidly engulfed her family after her husband's death, Karina Mahtani states:

---

[12] Exhibit A-5 – Letter from Sherina Mahtani.
[13] Exhibit A-6 – Letter from Anjali Mitchell.
[14] *Id.*
[15] Exhibit A-7 – Letter from Gul Gaganmal Moorjani.
[16] Exhibit A-1 – Letter from Chaim Achidov.
[17] *See* PSR ¶ 13.
[18] *Id.* at ¶ 14.
[19] *Id.* at ¶ 14.
[20] *Id.* at ¶ 14.

I went from being the mom always at his school volunteering, running the PTA, doing school tours to someone never around.[21]

I couldn't ever keep my promises to be there on certain important days, for holiday because of work. It was a bitter, miserable childhood. Not having a dad ruined his life. And I figuratively abandoned him to work and pay bills.[22]

Nikhil was 11 years old when his mother remarried.[23] The addition of his stepfather, Russ Mitchell, although promising at first, turned out to be disastrous. Despite Mr. Mitchell's willingness to provide a character reference letter for this sentencing memorandum, accounts from Nikhil's mother and grandfather will attest to the fact that he only added to the family's dilemma. Over the course of this union, Mr. Mitchell further derailed the family's financial health and weakened the familial bond that was keeping the family intact in the aftermath of Sunil's passing. Karina Mahtani states:

When I got married when he was 11…I thought I was doing the right thing. I thought the person I married would bring the fatherly influence and steady hand young adolescent boys so badly need. I thought I could spend more time with my kids. But I was wrong. While the man I married had a prestigious job and was well known in public, no one knew what he did at home. He was aloof, divorced from providing any financial support to us - for school, for necessities. Instead of easing our family's emotional and financial burdens, he added to it.[24]

Nikhil felt it the most, seeing all the spending the stepfather did on himself but not giving Nikhil $15 when he wanted to go out for lunch with his school's friends.[25]

That man took money from Nikhil's account and Nikhil's sister's account money inherited from my late mother. And my hard-earned pay checks. Once again, Nikhil felt abandoned.[26]

Gul Gaganmal Moorjani states:

My daughter got remarried in 2006. Nikhil was 11. My daughter thought having a 'father' in the picture would help stabilize the

---

[21] Exhibit A-4 – Letter from Karina Mahtani.

[22] *Id.*

[23] *See* PSR ¶ 14.

[24] Exhibit A-4 – Letter from Karina Mahtani.

[25] Exhibit A-7 – Gul Gaganmal Moorjani.

[26] *Id.*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976.

United States v. Nikhil Mahtani

Page 5 of 31

Case 1:23-cr-00227-WCG     Filed 06/05/24     Page 5 of 31     Document 12

family and give her son, in particular, something he was missing. A relationship with a dad. But that man ruined Nikhil's life, my daughter's life - and mine. Instead of helping with the finances - he sucked every dime from me and my daughter. He promised to pay school fees, rent, shelter. He paid nothing.[27]

He had no real relation with his son.. And still.[28]

His mother was not home as much because she had to work.[29]

In 2012, Mr. Mitchell, a news anchor, left Nikhil's family in New York City to pursue a work opportunity in Cleveland, Ohio.[30] The union of Russ Mithcell and Karina Mahtani produced one child: Anjali Mitchell, who was born in 2007.[31] Karina Mahtani has since filed for divorce, which remains pending.[32]

Caught in the middle of his mother's toxic second marriage and still grieving the loss of his father, Nikhil started to exhibit behavioral changes that were uncharacteristic for him. Karina Mahtani states:

He was about 14 when there was a big change. His grades began to drop, he was very distant from the stepdad, angry at me because I was working harder to pay more bills.[33]

When I finally took Nikhil to a therapist- they could not diagnose him. He had a organizational problem they said. I took him to another therapist after that who said he had ADHD. Gave him meds that Nikhil said did not help and made him feel worse.[34]

Gul Gaganmal Moorjani states:

By about 15, Nikhil fell into the company of the wrong kids at school and started smoking marijuana. At first we didn't understand why his nature changed. My daughter and I paid for therapists to see what was wrong. They said he had ADD, was grieving his father, had organizational issues. But through high school his behavior became different. He was angry, would go out

---

[27] *Id.*
[28] *Id.*
[29] *Id.*
[30] *See* PSR ¶ 14.
[31] *Id.* at ¶ 16.
[32] *Id.* at ¶ 16.
[33] Exhibit A-4 – Letter from Karina Mahtani.
[34] *Id.*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani

Page 6 of 31

Case 1:23-cr-00227-WCG    Filed 06/05/24    Page 6 of 31    Document 12

late, drink. These were dark days for his mother, who did not know what to do.[35]

There were moments during Nikhil's teenage years, where his loved ones could catch glimpses of the real Nikhil. In 2012, he participated in a trip to Costa Rica to teach children English.[36] The next year, Nikhil and Sherina wrote and published a 24-page children's book titled "What Do Dads Do?"[37] The book[38] was Nikhil's tribute to his late father, who he missed dearly. All of the proceeds (which amounted to more than $10,000) from the book's publication were donated to the Memorial Sloan-Kettering Cancer Center for esophageal cancer research. Nikhil also interned at the center as a cancer patient volunteer. For his efforts, Nikhil received a Certificate of Merit from the New York State Assembly "For Outstanding Community Service for the Sloan-Kettering Cancer Center" on November 9, 2013.[39] Around this time, Nikhil also interned over the summer at the United Nations Preschool, where he had attended preschool. During his internship, he started a Spanish program for the children under his care as an extra-curriculur part of the program. According to Nikhil's grandfather, Gul Gaganmal Moorjani: "Many parents complimented him on his disposition and patience with the young kids. He was welcomed back the next year as well and was popular with the teachers - some who had taught him - years before. My daughter was so proud of his work there, as was I."[40] Nikhil also volunteered at St. Anne's School and helped out at the local food pantry.[41]

In 2014, Nikhil graduated from Collegiate High School in Manhattan, New York.[42] Unbeknownst to his friends and family, Nikhil was battling internally with an addictive personality disorder. That same year, he started abusing benzodiazepines.[43] At the age of 15, Nikhil started drinking alcohol on a weekly basis.[44] By the age of 18, he had become a daily user of marijuana. By his senior year of high school, Nikhil's weekly alcohol intake got to the point where he would leave home late at night several times a week to go out and drink with his friends. He often came back home drunk on the weekends and recalls throwing up in front of his mother on at least one occasion.[45] Also at the age of 18, Nikhil tried cocaine for the first time.[46] He would eventually become a weekly user of the substance.[47] He experimented with Percocet, Vicodin, OxyContin, Molly, Klonopin, LSD, mushrooms, and acid but did not become a regular user of any of these substances.[48] The extent of Nikhil's addiction, however, would not become

---

[35] Exhibit A-7 – Letter from Gul Gaganmal Moorjani.
[36] *See* PSR ¶ 14.
[37] *Id.* at ¶ 13.
[38] Exhibit B – Documents related to the "What Do Dads Do?" Book.
[39] Exhibit C – Certificate of Merit from the New York State Assembly.
[40] Exhibit A-7 – Letter from Gul Gaganmal Moorjani.
[41] *See* PSR ¶ 14.
[42] *Id.* at ¶ 21.
[43] *Id.* at ¶ 18.
[44] *Id.* at ¶ 18.
[45] *Id.* at ¶ 14.
[46] *Id.* at ¶ 18.
[47] *Id.* at ¶ 18.
[48] *Id.* at ¶ 19.

painfully apparent to the people who cared about him until he left home for college in 2014.[49] Nikhil's grandfather Gul Gaganmal Moorjani states:

> When he went to college things got worse. His mother staged an intervention. His school friends were there to help them.[50]

> He went to rehab. It was there he was diagnosed with an addiction disorder. We were told you are born with it and it can appear at any time in your life if there is a trigger. He went to in patient rehab, then sober living. But left after a month.. he wanted to continue his studies.[51]

His mother, Karina Mahtani, states:

> No one told me my son was actually very ill and was suffering from addiction. I have learned thru his treatment - if you happen to be the figuratively random 1 in a million - you are born an addict. And it hides, dormant until there's a trigger and then manifests slowly - then quickly infiltrates then usurps your life.. before it tries to destroy it. Losing his father and maybe worse, being trashed by his stepfather left to fend for himself instead of getting the love he wanted and desperately needed, was what drove him into self-destruct mode.[52]

> I had an intervention for Nikhil in when home from college when his drinking and drug use and constant need from me (which I did not have and couldn't continually afford) came to a head. He went for treatment and was doing well. But addiction does not go away overnight. There are ups and downs.[53]

Nikhil's undergraduate studies were frequently disrupted by his addiction and subsequently put on hold by his family's efforts to get him the help he needed. Nikhil attended American University between August and December 2014.[54] He then attended Indiana University for one semester in 2015.[55] During this semester, Nikhil suffered bouts of depression and anxiety on account of his substance and alcohol abuse, which eventually prevented him from attending classes. When he returned home, an intervention was staged by his mother. Several of

---

[49] *Id.* at ¶ 16.
[50] Exhibit A-7 – Letter from Gul Gaganmal Moorjani.
[51] *Id.*
[52] Exhibit A-4 – Letter from Karina Mahtani.
[53] *Id.*
[54] *See* PSR ¶ 21.
[55] *Id.* at ¶ 21.

his friends from high school came to the intervention to support Nikhil. who agreed to go to an inpatient substance abuse treatment program.[56]

On July 9, 2015, Nikhil met the criteria to be diagnosed with "alcohol use disorder, severe, dependence," "cannabis use disorder, severe, dependence," and "sedative, hypnotic or anxiolytic disorder, moderate, dependence."[57] Between July 8, 2015 and August 3, 2015, Nikhil participated in an inpatient treatment program for polysubstance abuse through the Hazelden Betty Ford Foundation[58] in Plymouth, Minnesota.[59] His family's insurance, however, would only cover a short stay at the program. Shortly thereafter, Nikhil participated in a sober living arrangement in Chicago. Desperate for a return to normalcy, Nikhil took some classes at Loyola University, which enabled him to enroll in Northwestern University for a semester.[60] After this semester, he transferred to Georgetown University in Washington D.C., where he wanted to complete his undergraduate studies and obtain a bachelor's degree in finance.[61] Nikhil dreamed of becoming an investment banker.

Although he had every intention of finishing college, he succumbed once again to his addiction and anxiety, and was unable to maintain his grades at Georgetown. After being placed on academic probation, Nikhil dropped out of Georgetown University in 2019.[62] By this point, his addiction to alcohol, substances, and now gambling had become unmanageable. His inability to stay put at any one college and finish his undergraduate studies was symptomatic of the disease that now controlled all aspects of his life. His mother, Karina Mahtani, states:

> He never finished college. Our family's dream. Childhood friends, who were his lifeline to normalcy moved on and that familiar feeling of abandonment and failure was at the surface again.[63]

Nikhil's grandfather, Gul Gaganmal Moorjani, states:

> When he came home after dropping out. He was a different person from the beautiful happy child. He was sad, brooding, but he was always kind to his young step-sister Anjali. He loved chatting with her, talking about music. It was a sweet, loving bond.[64]
>
> He was not a bad person, but someone broken..and sad how friends were graduating and getting jobs and he was being left behind. He also felt guilty his mother and I were so poor after being so stable.

---

[56] *Id.* at ¶ 21.
[57] *Id.* at ¶ 19.
[58] Exhibit D – 2015 Documents from the Hazelden Betty Ford Foundation.
[59] *See* PSR ¶ 19.
[60] *Id.* at ¶ 21.
[61] *Id.* at ¶ 21.
[62] *Id.* at ¶ 16.
[63] Exhibit A-4– Letter from Karina Mahtani.
[64] Exhibit A-7 – Letter from Gul Gaganmal Moorjani.

She worked like a dog, but days she could not put enough food on the table. Days I ate only bread and water. And so when Nikhil asked for money there was always very little.[65]

After dropping out of college, Nikhil's addiction continued to graduate from alcohol to drugs and gambling. His mother, Karina Mahtani, states: "Addiction also murphs. Unfortunately, in Nikhil's case while the alcohol calmed down a lot, drugs and somewhere along the line addiction to gambling took over."[66] His grandfather, Gul Gaganmal Moorjani, recalls: "He had to leave his apt he rented because he said he had gambled the money away. He came back home and his mother came forward to pay rent owed."[67] Nikhil reports that he started gambling at the age of 19, traveling to Atlantic City, New Jersey from New York City to gamble instead of studying for his college exams.[68] Tensions instigated by Nikhil's problematic lifestyle eventually came to a head in the Mahtani household when his mother kicked him out. Karina Mahtani states:

> I was always struggling to come up with large sums of money to pay fees the rich stepfather said he would pay, signed contracts and then just did not. I had to sell my late husband's jewelry, bags, cherished possessions to pay school fees and real-life bills. I know Nikhil felt guilty 'as the man of the house' after the stepfather abandoned us. I think Nikhil wanted to do the right thing and try to help..but his addiction altered his ability to control his thoughts and be rational. And the amounts of debt dumped on me by the stepfather were overwhelming and kept coming in tsunami type waves.[69]

> Nikhil's constant need for money from me and his erratic behavior drove a wedge between us both and I told him to move out of my home. It was a huge mistake on my part. And it triggered an avalanche of being unprepared psychologically or financially to deal in the real world. And led him into a downward spiral fueled by addiction, debt and indescribable pain and guilt.[70]

Despite his ongoing struggle with addiction, the indispensable role that Nikhil Mahtani has managed to play in the lives of his friends and family cannot be overstated. Their heartfelt testimonials reflect the enormous presence that Nikhil has had in his community, and they give an honest indication of the profound impact his potential absence would have on the people who love and care about him.

---

[65] *Id.*
[66] Exhibit A-4 – Letter from Karina Mahtani.
[67] *Id.*
[68] *See* PSR ¶ 17.
[69] Exhibit A-4 – Letter from Karina Mahtani.
[70] *Id.*

Nikhil's mother, Karina Mahtani, states:

> The young, truly remorseful young man before you is NOT the same person who engaged in these foolish, sporadic transgressions when he was younger and - honestly - not thinking rationally. His actions were fueled by severe mental health issues tied to addictions to drugs, alcohol and gambling.[71]

> He has done so many poisitive things in his life. Being a good big brother to his sisters. Standing up for me when I have been hurt or insulted. He is a loyal kind friend.[72]

> He has done amazing work with young kids during internships at his former preschool. He co-wrote a children's book after his dad died - raising thousands of dollars and giving every cent towards esophageal cancer R&D at Sloan Kettering.[73]

> Today he has turned his life around. He has been exemplary at work, a trusted and valued employee in a demanding job.[74]

> His strides in rehab have been remarkable. He entered a program voluntarly over a year ago and has been sober, drug free and gambling free since then. He is a role model in treatment and recovery groups with peers.[75]

Sherina Mahtani, who is Nikhil's younger sister, states:

> I admire Nikhil's wit, passion, dedication, and ability to dream big. These are qualities that have and will continue to serve him well in his personal relationships, career & development of his own character. They are also, however, qualities that make it difficult to combat addiction, depression, anxiety, and the emotional trauma he struggles with. Nikhil has unfairly suffered from the aforementioned for some time now, and as someone who loves him, it has been nothing short of devastating to witness with my own eyes. Throughout it all, Nikhil has always been a sensitive, incredibly caring, overly protective & unparalleled brother.[76]

Anjali Mitchell, who is Nikhil's youngest sister, states:

---

[71] *Id.*
[72] *Id.*
[73] *Id.*
[74] *Id.*
[75] *Id.*
[76] Exhibit A-5 – Letter from Sherina Mahtani.

When I was growing up, Nikhil consistently made it a point to be there for me as much as he could. Despite him being 12 years older than me, I've always felt close to him. My mom still tells me stories about how when I was born, he wouldn't leave my side.[77]

Nowadays, we don't get see each other often. While this deeply saddens me, I find solace in the fact I know all of the incredibly hard work he has been putting into his recovery and the amazing job he has been doing in his job in California.[78]

His determination and resolution to recover has been noted by many. He chose to go to treatment by himself. I remember him saying "what I have been doing all these years clearly has not worked. I need to fix things.[79]

This is inspiring, especially considering I know it has been very hard for him to be away from his family for so long. He has never been away from home so long.[80]

Nikhil has been through many hardships that some do not even face in a lifetime, and he has never let that get in the way of being an amazing older brother, because an older brother, and a great one at that, is all I know him as. He has always protected me.[81]

Nikhil has an illness. We learn about this in school. Addiction is an illness and it made him act in a way he NEVER would normally.[82]

His grandfather, who is 98 years old, has a tender connection with Nikhil and to have that disrupted will be devastating. He does not have long to live and is so frail. He looks to Nikhil to carry his legacy and family forward. He has missed him dearly the whole 13 months he has been away in rehab and working.[83]

Nikhil saved my grandfather's life. At an event he fell, could not breathe…Nikhil was at his side instantly...took charge...got someone to call an ambulance and was by his side with my mom.[84]

---

[77] Exhibit A-6 – Letter from Anjali Mitchell.
[78] *Id.*
[79] *Id.*
[80] *Id.*
[81] *Id.*
[82] *Id.*
[83] *Id.*
[84] *Id.*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani

Page **12** of 31

Case 1:23-cr-00227-WCG    Filed 06/05/24    Page 12 of 31    Document 12

I end this with the hope to make everyone in this courtroom aware Nikhil is exceptionally loved by his family and his friends.[85]

He thrives off of his connection with the people he loves. He has made SO much progress.[86]

Russ Mitchell, who is Nikhil's stepfather, states:

He had a great heart and that's clear in the way he treated others, including his little sister, who has adored him from day one.[87]

He worked hard in school and has the potential to do great things.[88]

He is getting help to make himself a better person and get past things in his life that still leave a scar. He can do better and knows that. He is employed and has goals driving him to honestly earn the life that he wants.[89]

Bruce Scheckowitz, a retired New York State judge, who has known Nikhil for over 23 years, states:

Nikhil was raised for many years in a single parent household, where he is the loving brother to two younger sisters who still adore their big brother. His mom, who is a highly respected national television journalist, has been floored by her son's acts and addictions. His grandfather is despondent. The family, well respected in a tight knit Asian-Indian community, is grieving. They want to help their son, brother and grandson get back on his feet and live a productive life. But most importantly, Nikhil wants to help himself, take responsibility and live a productive life. But most importantly, Nikhil wants to help himself, take responsibility and rebuild his life where he can be a role model for his siblings and example for individuals who make mistakes, albeit serious ones, and set an example on how to be a leading citizen, good neighbor and supportive friends.[90]

Chaim Achidov, who was a close friend of Nikhil's late father, states:

---

[85] *Id.*
[86] *Id.*
[87] Exhibit A-2 – Letter from Russ Mitchell.
[88] *Id.*
[89] *Id.*
[90] Exhibit A-8 – Letter from Bruce Scheckowitz.

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani

Page **13** of 31

I have seen him struggle in his younger days, and have seen flashes of the difference alcohol and drugs had on him. He was not the same person we all knew and loved. But that was and is not the true Nikhil. It is not the way he was raised in his close-knit Indian community. He was driven by an addiction he could not bring under control.[91]

I know he has completely turned himself around. He is not that same person. He has been addiction-free for more than a year.[92]

He has shown great remorse for his actions, and displays the same keen determination to provide himself and excel -just like his late father.[93]

He is overcoming his demons with the love and support of his family and has shown himself to be a loyal, dedicated, intelligent employee and friend.[94]

I feel certain he is back on the path to making his late esteemed father and his entire family proud.[95]

Phillip Isom, who has known Nikhil since childhood, states:

Both Nikhil and I have struggled with addiction in our lives.[96]

I know personally that addiction can make people behave in ways that are not true to their character and know that has been the situation for Nikhil throughout our friendship. The last time I spent significant time with Nikhil was in 2021 when I had around 1 year sober. He was looking to address his addiction by coming to Alcoholics Anonymous meetings. We attended meetings together and Nikhil was actively trying to help himself.[97]

He still has many friends from middle school, high school, and college who are playing and hoping that he can work to get his addiction under control, so we can further our friendship with a man we dearly love.[98]

---

[91] Exhibit A-1 – Letter from Chaim Achidov.
[92] *Id.*
[93] *Id.*
[94] *Id.*
[95] *Id.*
[96] Exhibit A-3 – Letter Phillip Isom.
[97] *Id.*
[98] *Id.*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani

Page **14** of 31

Case 1:23-cr-00227-WCG     Filed 06/05/24     Page 14 of 31     Document 12

Lilia Wahlstedt, who is friends with Nikhil's sister, Sherina, states:

> I am aware of how much Nikhil has struggled with addiction and
> have watched as his family has tried to help him. Addiction has led
> him down a path that his family could never support or condone.[99]
>
> I have spoken with Nikhil, and I know how ashamed he is of his
> actions and how sincerely remorseful he has been and continues to
> be.[100]
>
> Nikhil's transgressions are not a reflection are not a reflection of
> who he is. Throughout the years, I've seen Nikhil grow into a
> smart, funny, kind and caring person. I've seen him dote on his
> sisters and care for his mom and grandpa.[101]
>
> I've watched him dedicate hours to writing a book for young kids
> who lost their dads to cancer, just as he had. I know how proud he
> felt when he donated all the money from the book to a cancer
> hospital. Thousands of dollars. In spite of his hardships, Nikhil
> works everyday to overcome his struggles, and always with his
> mother and family by his side. I know the year he has spent away
> from them as he deals with his addiction has been hard on him and
> them.[102]

Between July 23, 2018 and August 23, 2018,[103] Nikhil participated in an inpatient
substance abuse program through the Hazelden Betty Ford Foundation in New York, New
York.[104] In February 2023, he was screened[105] over a two day period for a gambling disorder and
was found to meet the criteria for said diagnosis.[106] On June 1, 2023, Nikhil decided to leave
New York City indefinitely to seek treatment in California. He completed a 30-day inpatient
program through Hollywood Hills Recovery in Los Angeles, California, on June 30, 2023.[107]
Since July 2023, Nikhil has been participating in an intensive outpatient treatment program for
substance use and gambling related issues through Studio 64 Recovery in Granada Hills,
California.[108] In addition, Nikhil has been attending outpatient counseling to address his sobriety

---

[99] Exhibit A-9 – Letter from Lilia Wahlstedt.
[100] *Id.*
[101] *Id.*
[102] *Id.*
[103] Exhibit E – 2018 Documents from the Halzenden Betty Ford Foundation.
[104] *See* PSR ¶ 20.
[105] Exhibit F – Letter from the Columbia Gambling Disorder Clinic.
[106] *See* PSR ¶ 20.
[107] Exhibit G – Completion Letter from Hollywood Hills Recovery.
[108] *See* PSR ¶ 18.

and the causes of his gambling addiction.[109] To date, this is the longest period of time that Nikhil has ever been away from his family.

The following testimonials come from people who have assisted in Nikhil's recovery and people who have witnessed his recovery firsthand. These testimonials not only reflect the enormous strides that Nikhil has made in the past year in his own recovery, they also chronicle his remarkable growth from a victim of addiction to a role model for people who also exist in that fragile space: the recovery community.

William K. Leavitt LMFT, who has been Nikhil's therapist since June 6, 2023, states:

> He has sought treatment for a substance use and as we began therapy it became apparent that a gambling addiction was possibly even more prevalent, so we agreed to include that in his individual diagnosis. We are working on sobriety, addressing the underlying causes of the gambling addiction, Cognitive Behavioral Therapy techniques and coping skills for stress management, dealing with anxiety and panic attacks and also navigating life and career goals. We focused on reframing negative thinking patterns that would exacerbate the situations and methods to reduce his stress level and establishing goals and values that would be positive, life, serving and affirming and that would aid him in making appropriate and healthy decisions in all respects going forward.[110]

Vanessa Sousia, who was Nikhil's Substance Abuse Counselor at Hollywood Hills Recovery, states:

> Nikhil voluntarily came to our facility in June of 2023. Throughout the time he has spent with us, I have witnessed first hand his transformative change from the inside out. Nikhil has become a leader amongst his peers, has shown an incredible amount of dedication towards change, and has been consistent in his rehabilitation efforts since the day of his arrival.[111]
>
> Not only has Nikhil's actions changed, but his entire personality and thought process has changed along with it. Nikhil no longer thinks about himself, but what he can do for others. He no longer solely pursues his own goals, but helps others believe in theirs. He no longer suffers from self-defeating cognition, but has been a beacon of positivity for those he comes in contact with.[112]

---

[109] *Id.* at ¶ 20.
[110] Exhibit A-10 – Letter from William K. Leavitt LMFT.
[111] Exhibit A-11 – Letter from Vanessa Sousia.
[112] *Id.*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani

Page **16** of **31**

Case 1:23-cr-00227-WCG    Filed 06/05/24    Page 16 of 31    Document 12

I believe Nikhil's actions towards making improvements in his life is a true demonstration of the principle 'actions speak louder than words.' Anyone can take accountability and apologize, but Nikhil has shown through his actions that he no longer wants to be the person he was.[113]

Nikhil suffering additional consequences would cause a drastic shift in the lives of those he is positively impacting today, and would serve no purpose for the greater good of his trajectory in life moving forward.[114]

Nikhil is currently employed and is a great asset to the recovery community.[115]

Sarkis Avedisian, who is Nikhil's sober living manager, states:

I have come to know a very kind and gentle person. A man who is family-oriented and a hard worker.[116]

We have grown together and he has been a huge impact in my recovery and without his kind presence my life would be different. He puts a smile on my face and always does his best to make everyone laugh. Ever since meeting Nikhil I have seen a change in many of the clients life's in a positive way. Not only has Nikhil put smiles on people's face, I was so impressed with his work ethic that when I opened my own company PROS FIX APPLIANCES LLC he helped me out and because of him I got to understand want I did wrong.[117]

The growth I seen in him and all of the clients life he has helped in there recovery truly shows how much hard work he has done and how much we need him in are recovery.[118]

Narbeh Shanazarian, who was Nikhil's Alcohol/Drug and Behavioral Technician at Hollywood Hills Recovery, states:

Working in the substance abuse field I have learned that in more cases than not a lot of individuals who are clients do not follow through on the plans they make to remain sober and change their

---

[113] *Id.*
[114] *Id.*
[115] *Id.*
[116] Exhibit A-12 – Letter from Sarkis Avedisian.
[117] *Id.*
[118] *Id.*

lifestyles. This has not been the case with Nikhil. When he first entered our treatment center, he seemed like a young man who had lost his way. In early discussions it seemed he found himself in some tough positions and made some mistakes. He was open to discussing his troubles and character defects.[119]

I saw a client who was willing to go to different types of meeting just to see what he could take away from them. I saw a client who was willing to step out of his comfort zone no matter how uncomfortable he felt. I saw a young man who came in with a very strong almost stubborn attitude start becoming compassionate.[120]

The last six months have not been easy on Nikhil. He has had to be away from home. Away from family, away from friends. He's spent that time working on himself. Bettering himself.[121]

He has chosen to stay sober, refrain from gambling, found a job here and is excelling. In a perfect world, what Nikhil has been able to accomplish in the last six months is what we set our goal to be for all our clients. There are a lot of people in Nikhil's corner. Especially me.[122]

Narbeh Aboolian, who is the co-founder of Hollywood Hills Recovery, states:

Nikhil has demonstrated an unwavering commitment to their recovery journey. They have consistently attended all therapy sessions, group meetings, and holistic counseling, displaying a genuine eagerness to learn and grow.[123]

Nikhil has been remarkably open and honest during our sessions. They have been willing to confront past trauma and emotional challenges, allowing them to make significant progress in understanding the underlying factors contributing to their addiction.[124]

Nikhil has actively engaged in his treatment plan, taking responsibility for his actions and choices. He have willingly embraced the coping skills and strategies discussed in therapy,

---

[119] Exhibit A-13 – Letter from Narbeh Shanazarian.
[120] *Id.*
[121] *Id.*
[122] *Id.*
[123] Exhibit A-14 – Letter from Narbeh Aboolian.
[124] *Id.*

implementing them in his daily life to manage triggers and cravings effectively.[125]

Within the treatment community, Nikhil has been an encouraging and supportive presence for his peers. He actively participates in group discussions, offering insight, and providing a sense of fellowship and platonic assistance that has positively impacted the overall treatment atmosphere.[126]

Nikhil has already taken proactive steps in securing aftercare services to ensure a smooth transition from our program to the outside community. Their deduction to continuing support speaks to their long-term focus on maintaining sobriety and abstinence from gambling.[127]

Nikhil has shown remarkable growth in self-awareness. They now recognize and understand the patterns of behavior that caused him to cross the threshold of abuse to addiction, and they are better equipped to make healthier choices moving forward. Nikhil is also aware of the consequences of his addiction and how it has compromised his morals in the past and the importance of recreating his value system now.[128]

Nikhil has admitted his faults in regards to the victims of his crimes and the people who his gambling addiction and substance abuse has affected. He has become willing to make amends to them all and is focused on gaining full-time employment to pay restitution and make financial amends to those he has hurt.[129]

Nikhil has set realistic and achievable goals for his recovery journey and has made steady progress toward them. Their commitment to self-improvement and personal growth has been inspiring to witness.[130]

Nikhil has made significant strides during their time in rehabilitation. His willingness to engage in treatment wholeheartedly, coupled with his dedication to personal growth and sobriety, reflects their strong commitment to a healthier and more fulfilling life. I have no doubt that with continued support

---

[125] *Id.*
[126] *Id.*
[127] *Id.*
[128] *Id.*
[129] *Id.*
[130] *Id.*

SPODEK
LAW
GROUP, P.C.
Trusting you like family since 1976

United States v. Nikhil Mahtani

Page **19** of 31

and determination, he will succeed in maintaining lasting positive change.[131]

Gabriel Mcgrade, who is Nikhil's Substance Abuse Counselor at Studio 64 Recovery, states:

Nikhil continues to attend group counseling, individual therapy, hypnotherapy, medical as well as psychiatric treatment and is engaged in other self-help groups outside of our facility. Nikhil has become an active member in the fellowship of Alcoholics Anonymous and Gamblers Anonymous.[132]

Nikhil came to our facility in a state of eagerness, he was immediately open to suggestions, willing to take action, and demonstrated a level of humility starting from the beginning of his treatment process. Nikhil worked with the treatment team to assimilate a treatment plan appropriate for his issues. Since the start he has made active strives to achieve these goals. Nikhil attended 5 to 7 meetings per week, is working with a sponsor in 2 different programs, is subject to multiple urine analysis tests and breathalyzing throughout the week. He has remained compliant and has been an efficient client when it comes to the insight into the disease process of addiction. Nikhil recognizes the consequences of relapse and the tools needed to treat his disease.[133]

I would like to say that if Nikhil maintains this determination to change, that he will be able to achieve long term abstinence and carry the tools to refrain from destructive behaviors. Nikhil has demonstrated excellent compliance and has a gift for self-awareness. I confidently believe he is capable of not just continuous change, but usefulness to his peers and community with his experience.[134]

The remarkable nature of Nikhil's progress in recovery over the past year has also been noticed by his peers who attend the same sober living programs as him. One such person is Tristan Catlett, who states:

He is very smart, very funny, and has his goals and mind set in a very well place. He, even with me barely knowing much about him, has and is a great example of what it takes to set goals and following through with full action to get to them goals. He has motivated me more than most people, and I'm around quite a lot of

---

[131] Id.
[132] Exhibit A-15 – Letter from Gabriel Mcgrade.
[133] Id.
[134] Id.

people every day. He is a very good person over all and if he can motivate me to do so many good things, to set future goals, be successful while keeping self worth, with me barely knowing him, I can only imagine the true impact he could have on so many others in his life. He's full of integrity, inspiration, etc.[135]

He has done absolutely by far more progress with him self, more then anyone else around him and as he keeps going every day he just shows me and many others that anything us possible if you put the work into it.[136]

Joe Podjil, who is a resident in the same sober living program as Nikhil, states:

Nikhil has been an outstanding client in the program. He is responsible, honest, and reliable.[137]

I have witnessed Nikhil work his recovery program as well as accept an entry level position with a company and advance to a leadership role.[138]

I respect him a great deal.[139]

Jesus Coronado is another resident in Nikhil's sober living program. He states:

We have been going through some major life changes together. I have personally seen a side of Mr. Mahtani that has been very influential in my life. His way of thinking and seeing him take accountability for his actions have had an impact on the way I go about my decisions. I have seen a change in him that I respect and that has helped other people around us.[140]

Mr. Mahtani has a lot to offer and can contribute to society in a way that can help people like ourselves from making the same mistakes. It has been an honor to meet him and have to privilege to see him grow.[141]

David Byrne, who is an active member in the same recovery groups as Nikhil, states:

---

[135] Exhibit A-16 – Letter from Tristan Catlett.
[136] *Id.*
[137] Exhibit A-17 – Letter from Joe Podjil.
[138] *Id.*
[139] *Id.*
[140] Exhibit A-18 – Letter from Jesus Coronado.
[141] *Id.*

Case 1:23-cr-00227-WCG     Filed 06/05/24     Page 21 of 31     Document 12

I can say that Nikhil regularly participated in our groups and other events including sharing and lending a hand to help other newcomers. He has been responsible and conducted himself with integrity. It is my opinion that removing Nikhil would be a disservice to our community of recovery and the larger community that we serve.[142]

Nikhil's ability to excel in the workplace has helped him immensely on his road to recovery. When he first arrived in California to begin his treatment, Nikhil had to start all over again. He left a promising career behind in New York City, where he had worked for Meltwater from November 2021 to May 2023 in the capacity of a Business Development Representative and later as an Analyst in FP&A and Corporate Development.[143] And yet, in the span of just 8 weeks, Nikhil worked his way up from an entry level store associate, starting on a trial basis, to the Head of Business Development at Box City.[144] For Nikhil, his burgeoning career is an integral part of the substance-free and addiction-free life that he actively strives towards. His job provides him with a creative outlet, an environment that promotes self-discipline and routine, and a rejuvenated sense of purpose.

Shant Mouradian, the general manager of Box City (formerly known as Kairos Packaging LLC, was the person behind Nikhil's promotion. Regarding Nikhil's work performance, he states:

When he first joined our organization, he was offered a PT Sales Associate position at our Canoga Park store location. During my regular visits of the location, I continued to receive positive praise from his direct manager and continued to see a young man who was eager to prove his value to an organization.[145]

When Mr. Mahtani approached me in October of 2023 with a business plan to implement a Corporate Sales program for Kairos Packaging LLC I was impressed. He clearly understood the value of business acquisitions and had a very similar vision of my long-term plans for our corporate business. In October of 2023 i moved Mr. Mahtani into a corporate position working alongside myself and my team to create a new division of the organization focused on Driving Corporate Sales transactions while also improving our business profitability through improved purchasing techniques.[146]

I have had the pleasure now of directly managing Mr. Mahtani during his employment at Kairos Packaging LLC. He has shown a

---

[142] Exhibit A-19 – Letter from David Byrne.
[143] *See* PSR ¶ 21
[144] *Id*. at ¶ 21.
[145] Exhibit A-20 – Letter from Shant Mouradian.
[146] *Id.*

clear understanding of partnerships and my vision of our organization. Although our interaction was from a business facilitation, I have come to learn more about Mr. Mahtani's personal work habits, life experiences, and his life troubles. He has repeatedly proven to me that if the given opportunity Mr. Mahtani can be asset to my organization and has accepted his past mistakes and wants to prove those mistakes are behind him.[147]

Mr. Nikhil Mahtani is an asset to my team, and I am hoping to provide him with the opportunity to completely build and direct a fully resourced corporate sales team.[148]

His success within our organization has been boundless and I truly enjoy having him on my team. We work very well with each other, and he has a very positive working relationship with the entire corporate team.[149]

Wendy L. Wells, who is a regional manager at Box City, states:

I've been working with Nikhil Mahtani since July 2023 and have seen amazing progress in his work ethic and desire to excel in his career here at Box City. He started out as a salesclerk at one of our 7 locations and has moved up the chain to a salesman here at our corporate office.[150]

Nikhil is usually the first one to arrive in the mornings and the last one to leave in the evenings. I see sales coming in after hours during the week, and more on his days off over the weekends. He is very driven in his desire to succeed and has contributed a lot to our Box City family.[151]

Marisela Ruan, who works in the accounting department at Box City, states:

I have had the pleasure of working with Nikhil these last few months and he has demonstrated an amazing work ethic as well as a generous and helpful heart at work. It is inspiring to see how hard he works and gives his all, every day at the office. I am very impressed with all his successful efforts in helping progress this company. As someone who has struggled with adjusting to this transitional period at work, Nikhil has made it clear that he is a

---

[147] *Id.*

[148] *Id.*

[149] *Id.*

[150] Exhibit A-21 – Letter from Wendy L. Wells.

[151] *Id.*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani                                      Page **23** of 31

Case 1:23-cr-00227-WCG        Filed 06/05/24        Page 23 of 31        Document 12

helpful and supportive peer. He is always willing to help give me clarity on any project I find myself struggling with as well as helping me find solutions to problems I come across.[152]

Eduardo Boquin, who is the head of infrastructure at Box City, states:

> For the time I have had the pleasure of working alongside Nikhil, I can confidently say he is one of the most talented and hardworking people I know. The more I get to share time with him the more I get to know the real person. Nikhil, is a confident, intelligent, and analytical person in a professional capacity. However, in his personal life, he is a thoughtful, sweet and caring person. It is evident by those who have the pleasure of knowing him. Nikhil has help me immensely in my professional and personal life, either directly by teaching me or indirectly by me watching him work. I am more confident in my own abilities, and I've learnt to care for others by simply sharing time with him.[153]

The narrative of Nikhil Mahtani is one of a young man who has consistently shown throughout his life remarkable strength, integrity, and an unwavering commitment to his loved ones and the communities that have helped shape him. It is a narrative that underscores the need for a judicious consideration of his circumstances, recognizing the depth of his character and the potential for a future that allows him to continue being a positive and integral influence in these communities and amongst his family.

## III.   THE ADVISORY GUIDELINES CALCULATION

We do not dispute the guideline calculation set forth in the PSR. This range is purely advisory.[154] However, we urge the court to grant a significant downward variance. Concerning the Guidelines, post-*United States v. Booker*,[155] it is "emphatically clear that the Guidelines are guidelines – that is, they are truly advisory."[156] *See Pepper v. United States*[157] ("It has been uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue."). Regarding this individualized assessment, "[t]he Guidelines are not only not mandatory on sentencing courts; they are also not to be presumed reasonable."[158] Indeed, the Court "may vary [from the Guidelines range] based solely on policy considerations, including disagreements with the

---

[152] Exhibit A-22 – Letter from Marisela Ruan.
[153] Exhibit A-23 – Letter from Eduardo Boquin.
[154] *United States v. Brown*, 974 F.3d 1137, 1144 (10th Cir. 2020).
[155] *Booker*, 543 US 220, (2005).
[156] *United States v Dorvee*, 616 F3d 174, 183 (2d Cir 2010).
[157] *Pepper v. United States*, 562 U.S. 476, 487 (2011) (internal quotations and citations omitted).
[158] *Nelson v. United States*, 555 U.S. 350, 352 (2009) (emphasis in original).

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

**United States v. Nikhil Mahtani**

Page **24** of 31

Case 1:23-cr-00227-WCG     Filed 06/05/24     Page 24 of 31     Document 12

Guidelines."[159] The Court need not find "extraordinary circumstances to justify a sentence outside of the Guidelines range."[160]

Accordingly, the range calculated under the Guidelines is purely advisory and serves as just one of many factors that the Court is required to "consider" when fashioning an appropriate sentence.[161] "[T]he sentencing court does not enjoy the benefit of a legal presumption that the Guidelines sentence should apply."[162] Indeed, "[e]ven where a district court has properly calculated the Guidelines, it may not presume that a Guidelines sentence is reasonable for any particular defendant, and accordingly, must conduct its own independent review of the [18 U.S.C.] § 3553(a) sentencing factors."[163]

## IV. A BALANCED CONSIDERATION OF ALL RELEVANT FACTORS UNDER 18 U.S.C. § 3553(a) DEMONSTRATES THAT A SENTENCE WELL BELOW THE GUIDELINES RANGE IS SUFFICIENT, BUT NO GREATER THAN NECESSARY, TO ACHIEVE THE GOALS OF SENTENCING

18 U.S.C. § 3553(a) directs that a court "shall impose a sentence *sufficient, but not greater than necessary*, to comply with the purposes set forth in paragraph (2) of this subsection," which include:

> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;(B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.[164]

In addition to considering each of these purposes, the Court also shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant" (18 U.S.C. § 3553(a)(1)), "the kinds of sentences available" (18 U.S.C. § 3553(a)(3), "the kinds of sentence and the sentencing range established" under the applicable Sentencing Guidelines (18 U.S.C. § 3553(a)(4), and "the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct" (18 U.S.C. § 3553(a)(6)). Accordingly, the range calculated under the Guidelines is purely advisory and serves as just one of many factors that the Court is required to "consider" when fashioning an appropriate sentence.[165]

---

[159] *Kimbrough v. United States,* 552 U.S. 85, 101 (2007) (quotations and citations omitted).
[160] *Gall v. United States,* 552 U.S. 38, 47 (2007).
[161] *United States v. Crosby*, 397 F.3d 103, 113 (2d Cir. 2005).
[162] *Rita v. United States*, 551 U.S. 338, 351 (2007).
[163] *United States v. Dorvee*, 616 F.3d 174, 182 (2d Cir. 2010).
[164] 18 U.S.C. § 3553(a)(2)  (emphasis added).
[165] *Id*.

A sentencing court must begin its analysis by calculating the applicable Guidelines range and then consider all the Section 3553(a) factors to determine whether they support the sentence requested by the parties.[166] The Court must make an individualized assessment based on all of the facts to determine whether a departure or variance is warranted.[167] After conducting this inquiry, a District Court is free to impose <u>any</u> sentence that is "reasonable" and may depart or vary from the Guidelines for any fair and just reason.[168]

After thorough consideration of all the relevant factors, Nikhil Mahtani respectfully submits that a significant downward variance is appropriate in this case. As set forth below, such a sentence takes account of the other circumstances of this case discussed herein, and is "sufficient, but not greater than necessary" to achieve the goals of criminal punishment under 18 U.S.C. § 3553(a).

### A. A Significant Downward Variance Is Consistent with Sentences Imposed on Substantially Similar Defendants Convicted of Similar Conduct

18 U.S.C. §3553(a)(6) directs this Court to consider "the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct."

Fraud / Theft / Embezzlement cases in this District, as well as nationally, have frequently resulted in sentences substantially below the Guideline range. Significantly, in 2023, 54.5% of Fraud / Theft / Embezzlement cases in the Seventh Circuit received a variance from the Guidelines at sentencing, and only 32.0% of Fraud / Theft / Embezzlement cases in the Seventh Circuit received a guideline sentence.[169] In the District of Eastern Wisconsin, 73.7% of Fraud / Theft / Embezzlement cases received a variance from the Guidelines at sentencing in 2023, and only 26.3% of Fraud / Theft / Embezzlement cases received a guideline sentence.[170] In 2022, 48.9% Fraud / Theft / Embezzlement cases in the Seventh Circuit received a variance from the Guidelines at sentencing, and only 34.9% of Fraud / Theft / Embezzlement cases in the Seventh Circuit received a guideline sentence.[171]

---

[166] *Gall v. United States*, 552 U.S. 38, 50 (2007).
[167] *Id.*
[168] *United States v. Smart*, 518 F.3d 800, 804 (10th Cir. 2008).
[169] *Statistical Information Packet, Fiscal Year 2023, Seventh Circuit.* (n.d.). United States Sentencing Commission. Retrieved May 29, 2024, from [https://www.ussc.gov/sites/default/files/pdf/research-and-publications/federal-sentencing-statistics/state-district-circuit/2023/7c23.pdf](https://www.ussc.gov/sites/default/files/pdf/research-and-publications/federal-sentencing-statistics/state-district-circuit/2023/7c23.pdf).
[170] *Statistical Information Packet, Fiscal Year 2023, Eastern District of Wisconsin.* (n.d.). United States Sentencing Commission. Retrieved May 29, 2024, from [https://www.ussc.gov/sites/default/files/pdf/research-and-publications/federal-sentencing-statistics/state-district-circuit/2023/wie23.pdf](https://www.ussc.gov/sites/default/files/pdf/research-and-publications/federal-sentencing-statistics/state-district-circuit/2023/wie23.pdf).
[171] *Statistical Information Packet, Fiscal Year 2022, Seventh Circuit.* (n.d.). United States Sentencing Commission. Retrieved May 29, 2024, from

## B.  Mr. Mahtani's Aversities and Struggles Warrants Leniency

The Court in *Gupta* noted that:

> "Imposing a sentence on a fellow human being is a formidable responsibility. It requires a court to consider, with great care and sensitivity, a large complex of facts and factors. The notion that this complicated analysis, and moral responsibility, can be reduced to the mechanical adding-up of a small set of numbers artificially assigned to a few arbitrarily-selected variable wars with common sense. Whereas apples and oranges may have but a few salient qualities, human beings in their interactions with society are too complicated to be treated like commodities, and the attempt to do so can only lead to bizarre results."[172]

One goal of the justice system is to catch and stop bad conduct in the present; a sentence serves to both punish and deter a defendant, with the intent of changing future behavior. Before the Court stands Nikhil Mahtani, a 28-year-old whose life story is marked by setbacks and resilience in the face of adversity. Nikhil's formative years were beset with challenges, including the early loss of his father, subsequent economic hardships, and addiction. Yet, these experiences did not define the totality of his character; instead, they shaped a man who values responsibility and strives for self-improvement.

At his core, Mr. Mahtani is a young man who finds himself at a crossroads that will ultimately determine the trajectory for the rest of his life. One road leads to his complete and utter ruin, weighed down by the demons of his past. For a person struggling with addiction, this is the path of least resistance. At this crossroads, Nikhil chose to leave New York City and his family to get treatment in California. He focused only on his rehabilitation and contributing positively to society, motivated by a desire to make his late father proud. For the past year, Nikhil has successfully maintained his sobriety and he has laid the foundation for long-term stability, both financially and emotionally. Nikhil's support network and history of gainful employment illustrate his potential to bolster his journey of rehabilitation and redemption.

The story of Nikhil Mahtani holds many chapters that are yet to be written–chapters that are ripe with potential for understanding, contribution, and redemption. The leniency granted by the court would not only serve Mr. Mahtani's interest but would also serve the interests of the recovery community and the Mahtani family.

---

https://www.ussc.gov/sites/default/files/pdf/research-and-publications/federal-sentencing-statistics/state-district-circuit/2022/7c22.pdf.
[172] *See Gupta*, 904 F. Supp. 2d at 350.

SPODEK
LAW
GROUP, P.C.
*Treating you like family since 1976*

**United States v. Nikhil Mahtani**

Page **27** of **31**

Case 1:23-cr-00227-WCG    Filed 06/05/24    Page 27 of 31    Document 12

### C. A Sentence Well Below the Guidelines Range Will Be More Than Sufficient to Achieve the Goals of Specific and General Deterrence

18 U.S.C. §3553(a)(2) requires this Court also to consider the need to "afford adequate deterrence to criminal conduct" and to "protect the public from further crimes of the defendant," which courts have interpreted to mean both specific and general deterrence.[173]

The case before the court has taken its toll on Nikhil Mahtani, evident in the stark realities of his past actions. Mr. Mahtani, now 28, is acutely aware of the pressing need to attack his recovery and start making amends for the destruction his addictions unleashed onto the lives of his friends, family, and innocent bystanders. Nikhil has spent all of his young adulthood losing a battle with addiction, watching his life unravel seam by seam. He has lost precious time, and, no matter what he does going forward, he will never get this time back. Now on his way to reclaiming his life, Nikhil wants nothing more than to be a stabilizing and positive presence for his mother, his siblings, and his grandfather who is 98 years old. He also wishes to be an asset for people in recovery, who can learn from his example as he continues his journey towards rehabilitation and redemption.

Although Nikhil understands that the Court must also consider the need for general deterrence when fashioning an appropriate punishment, we respectfully submit that substantial prison time will not advance those goals. Moreover, scholars have consistently concluded that it is the *certainty* of punishment, rather than its *severity*, that is the most effective deterrent for crimes.[174]

### D. A Significant Downward Variance Serves the Interests of the Federal Prison System and is Fair to Mr. Mahtani

Both Mr. Mahtani and society would benefit more from giving him a significant downward variance rather than warehousing him for 12 months to 18 months of custody—as suggested by the U.S. Probation Department Sentence Recommendation—at great expense to the taxpayers, with no corresponding benefit.[175] At a cost in today's dollars of approximately $49,770.00[176] per year, imprisoning him would cost at least $49,770 for the 12-month minimum sentence recommended by the Probation Department. Spending nearly $50,000 to incarcerate

---

[173] *Id.* at 352.

[174] *See United States v. Velazquez*, No. 16-CR-233 (AKH), 2017 WL 2782037, *4 (S.D.N.Y. May 26, 2017) ("Current empirical research on general deterrence shows that while certainty of punishment has a deterrent effect, 'increases in severity of punishments do not yield significant (if any) marginal deterrent effects . . . Three National Academy of Science panels . . . reached that conclusion, as has every major survey of the evidence.'") (citation omitted). *See* Richard A. Frase, *A More Perfect System: Twenty-five Years of Guidelines Sentencing Reform (Punishment Purposes)*, 58 Stan. L. Rev. 67, 80 (2005).

[175] *See* the most recent advisory from the Administrative Office of the United States Courts, dated October 25, 2023.

[176] *Id.* This cost does not account for inflation.

Mr. Mahtani makes no sense at all – he will remain a financial burden throughout his incarceration and will have lost a year of time in which he could have been working to pay the amount of restitution imposed by the Court. Such expenditures of tax-payer money should be reserved for only the most dangerous and incorrigible offenders. Mr. Mahtani is neither dangerous nor incorrigible and does not need a substantial custodial sentence to deter him.

In addition, we ask Your Honor to consider that Mr. Mahtani accepted responsibility early and upfront. He was arraigned and pleaded guilty to an information at his initial appearance on February 6, 2024.

We also ask that Your Honor take into consideration that if Mr. Mahtani is given a sentence of probation and he is allowed to keep his job at Box City, he will allocate the vast majority of his annual salary, except for basic living expenses, towards the payment of the restitution.

We submit that under these circumstances, a significant downward variance serves the ends of punishment, is consistent with BOP's current efforts to reduce the prison population, and serves the public interest.

## V.     CONCLUSION

Nikhil Mahtani's life story, characterized by unwavering dedication to his family and his community, resilience in the face of internal and external adversity, and a deep-rooted sense of responsibility, stands as a testament to his character. The compelling narratives shared by his family and friends paint a vivid picture of a man whose absence would leave a profound emotional void in their lives. We respectfully request the court to consider a significant downward variance and sentence Mr. Mahtani to a term of probation with a condition being continued treatment for his alcohol, substance, and gambling addictions; or, as permitted by USSG §5C1.1, Application Note Four, Subsection (d), for defendants placed in Zone C, a sentence of 6 months imprisonment with 6 months' term of supervised release with a condition requiring community confinement to satisfy the remainder of the 12-month minimum sentence. Such consideration would not only uphold the principles of justice and compassion but also acknowledge the indispensable role that Nikhil fulfills as a son, brother, grandson, and as a prominent member of his respective communities. Allowing Nikhil to remain with his family would allow him to resume his responsibilities, contribute positively to these communities, and continue his recovery from addiction, embodying the very essence of rehabilitation and redemption.

In the event that Nikhil Mahtani is sentenced to a term of imprisonment, we ask that Your Honor consider recommending a BOP designation that is in the New York or Tri-State area so that Nikhil can remain in close proximity to his family and support network as he continues his recovery.

We also ask that Your Honor consider recommending that Nikhil Mahtani be placed in a minimum security institution ("federal prison camp"), such as: FCI Otisville Camp, FCI Fort Dix

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani

Page **29** of **31**

Case 1:23-cr-00227-WCG     Filed 06/05/24     Page 29 of 31     Document 12

Camp, and FCI Fairton Camp. These are locations where many white-collar prisoners are incarcerated. At these institutions, the staff-to-inmate ratio is relatively low, there is limited or no perimeter fencing, dormitory housing, and there is a heavier emphasis placed on inmate life being work- and program-oriented.[177] The camps are overall designed to provide inmates with more freedom, programs, and opportunities than higher-security prisons. A camp would be the ideal setting for the continuation of Nikhil's rehabilitation and redemption.

Lastly, we ask that Your Honor consider recommending Nikhil Mahtani for placement in the Residential Drug Abuse Program ("RDAP"), on the basis of him having a verifiable substance abuse disorder. This placement would virtually guarantee a smoother transition for Nikhil's recovery from the services he is currently being provided at out-patient programs to the services that would be available to him in prison. Moreover, through RDAP, Nikhil could receive limited financial awards and preferred living quarters, in addition to a possible sentence reduction.[178]

Dated: June 5, 2024

Respectfully submitted,

Spodek Law Group PC

By:___/s/_____
Todd Spodek, Esq
Spodek Law Group P.C.
233 Broadway, Suite 710
New York, NY 10279
ts@spodeklawgroup.com
Tel.: (212) 300-5196

*Attorneys for Defendant*
Nikhil Mahtani

---

[177] "Federal Bureau of Prisons." BOP. Accessed June 4, 2024.
https://www.bop.gov/about/facilities/federal_prisons.jsp.
[178] Recidivism and federal bureau of prisons programs: Drug ... Accessed February 22, 2024.
https://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2022/20220517_Recidivism-BOP-Drugs.pdf.

LAW
GROUP, P.C.
*Treating you like family since 1976*      **United States v. Nikhil Mahtani**      Page **30** of **31**

Case 1:23-cr-00227-WCG      Filed 06/05/24      Page 30 of 31      Document 12

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 5th day of June 2024, I emailed this Sentencing Memorandum On Behalf Of Defendant Nikhil Mahtani and the exhibits annexed thereto, to the Honorable William C. Griesbach, the United States Probation Office, and all counsel of record in the underlying prosecution.

*/s/ Todd Spodek*
Todd Spodek

*Attorney for Defendant*
*Nikhil Mahtani*

SPODEK
LAW
GROUP, P.C.
Treating you like family since 1976

United States v. Nikhil Mahtani

Page **31** of **31**

Case 1:23-cr-00227-WCG     Filed 06/05/24     Page 31 of 31     Document 12