# EXHIBIT B







Case 1:23-cr-00227-WCG    Filed 06/05/24    Page 4 of 6    Document 12-2


Case 1:23-cr-00227-WCG    Filed 06/05/24    Page 5 of 6    Document 12-2



Case 1:23-cr-00227-WCG    Filed 06/05/24    Page 6 of 6    Document 12-2