# EXHIBIT C



# New York State Assembly
# Certificate of Merit

The Assembly of the State of New York, in recognition of the achievement of

## Nikhil Mahtani

For Outstanding Community Service for the Memorial Sloan-Kettering Cancer Center at Good 2 Go Restauran[t]

hereby presents this Certificate of Merit.

Date: November 9, 2013

Mark Gjonaj
Member of Assembly, 80th A.D.